# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATRELL BAKARI,<br><br>    Plaintiff,<br><br>    v.<br><br>GORDON TRUCKING, INC.,<br><br>Defendant. | Case No. 1:16-cv-00793-DAD-SAB<br><br>ORDER REQUIRING PARTIES TO FILE DISPOSITIONAL DOCUMENTS<br><br>THIRTY DAY DEADLINE |

On January 27, 2017, Plaintiff filed a notice of settlement informing the Court that the parties have reached settlement resolving this action.

Accordingly, it is HEREBY ORDERED that:

1. All pending matters are VACATED; and
2. The parties shall file dispositional documents within thirty days of the date of service of this order.

IT IS SO ORDERED.

Dated: **January 30, 2017**

UNITED STATES MAGISTRATE JUDGE

1